UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL FISCHER, LLC,

                Plaintiff,

    -v-

HAL LEONARD LLC,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 9369 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

     This action has been referred to the undersigned for settlement.  (ECF No. 32).

Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for

**Monday, August 22, 2022** at **11:00 a.m.** on the Court's conference line.  The parties are directed

to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The parties shall be

prepared to discuss their availability, and that of their clients, for a Settlement Conference, as

well as their preferred format for the Settlement Conference (in-person, by telephone, or by

videoconference hosted either by the Court on Microsoft Teams or by the parties on an

alternative platform).

Dated:     New York, New York
            July 28, 2022

                    SO ORDERED.

                    SARAH L. CAVE
                    **United States Magistrate Judge**