

**PRYOR CASHMAN LLP**

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-3...

> Defendant's letter-motion seeking to cancel the telephone conference scheduled for Monday, August 22, 2022 at 11:00 a.m. (the "Conference") (ECF No. 34) is GRANTED, and the Conference is CANCELLED.
>
> The parties shall file a stipulation of dismissal for review and endorsement by the Honorable John G. Koeltl by **Friday, August 26, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF No. 34.
>
> SO ORDERED 08/19/22
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

<u>VIA ECF</u>

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:    <u>Carl Fischer, LLC v. Hal Leonard, LLC (1:21-cv-09369-JGK-SLC)</u>

Dear Magistrate Judge Cave:

     We represent defendant Hal Leonard, LLC in the above-referenced action, which is scheduled for a telephonic mediation with Your Honor on August 22, 2022 at 11:00 a.m. The parties have resolved the last sticking points of a settlement, leaving only the execution of the agreement and related documentation, together with the filing of a stipulation of dismissal with prejudice, which we expect will be accomplished within a week. In light of the above, with the consent of plaintiff's counsel, we respectfully request that the telephonic mediation be adjourned for one week, or to another date that suits the court's convenience. There have been no previous requests to adjourn this mediation conference.

                                               Respectfully yours,

                                               Tom J. Ferber

TJF/en

cc: Counsel for Plaintiffs, *via ECF*

6669189_1